**THE POINTE OF SLIDELL, LLC**

**VERSUS**

**360 FUEL CORPORATION**

| | |
|---|---|
| * | NO. 2023-CA-0660 |
| * | COURT OF APPEAL |
| * | FOURTH CIRCUIT |
| * | STATE OF LOUISIANA |
| * | |
| * | |

* * * * * * *

*RDJ*

**JOHNSON, J., CONCURS IN THE RESULT**